UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | Violation: |
| **DAVID JOHNSON,** | : | 18 U.S.C. §§ 201 (B)(2)(A) and (C) |
| | : | (Receipt of Bribes by a Public Official) |
| Defendant. | : | 18 U.S.C. § 2 (Aiding and Abetting |
| | : | And Causing an Act to Be Done) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**
**(Receipt of Bribes by a Public Official)**

At all times material to this Indictment:

1. Ms. Tonette Cooks was employed by the District of Columbia Office of Finance and Treasury as a teller. She worked for the District of Columbia Bureau of Traffic Adjudication.

2. Defendant David Johnson was an associate of Ms. Cooks.

3. Among the official duties of Ms. Cooks was that of accepting payments from individuals for parking tickets and fines for various traffic offenses. When Cooks received such payments, she was required to place said payments in a cash drawer and prepare various documents to reflect the payment of the tickets or fines.

4. Beginning in or about June 2002, through in or about August 2003, in the District of Columbia, Ms. Cooks, being a public official, aided and abetted by defendant David Johnson, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and

accept, things of value from defendant David Johnson, to wit, monies, in return for (a) being induced to do and omit to do acts in violation of defendant Ms. Cooks' official acts and (b) being induced to do and omit to do acts in violation of Ms. Cooks' official duties; to wit, the defendant paid Ms. Cooks money in return for Ms. Cooks falsely recording in District of Columbia records that the full amount of tickets and fines had been paid to the District of Columbia and issuing receipts reflecting this false record, when, in fact, as Ms. Cooks and the defendant David Johnson well knew, the District of Columbia had not received the payments recorded by Ms. Cooks as satisfying the amounts owing on the tickets and fines.

**(Receipt of a Bribe by a Public Official in Violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C) and 2)**

TRUE BILL

FOREPERSON

Attorney for the United States in

and for the District of Columbia