## **CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that copy of the foregoing Notice of Assignment and Appearance As Co-Counsel have been served by mail upon counsel for the defendant,

James Beane
803 Florida Avenue, NW
Washington, DC 20001

on this \_\_\_\_\_ day of August, 2005.


_____
ROBERT BOWMAN
ASSISTANT UNITED STATES ATTORNEY