UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-288 (RWR) |
| v. : | |
| : | |
| : | |
| DAVID JOHNSON, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Robert Bowman. This is a notice that Assistant United States Attorney Daniel P. Butler, D.C. Bar Number 417718, telephone number (202) 353-9431, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
DANIEL P. BUTLER, D.C. BAR #417718
ROBERT BOWMAN, D.C. BAR #417176
ASSISTANT U.S. ATTORNEYS
555 4TH Street, N.W.
Washington, D.C. 20530
(202) 353-9431 and (202) 353-2877

## **CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that copy of the foregoing Notice of Assignment and Appearance As Co-Counsel have been served by mail upon counsel for the defendant,

    James Beane
    803 Florida Avenue, NW
    Washington, DC 20001


on this _____ day of August, 2005.



_____   _____
                                                            DANIEL P. BUTLER
                                                            ASSISTANT UNITED STATES ATTORNEY