**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.  05-288 (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DAVID JOHNSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION TO TRANSFER CASE AS RELATED MATTER**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to this Court's Local Criminal Rule 57.12, hereby moves the Court to transfer this case to the Calendar Committee for reassignment to the Honorable Judge Gladys Kessler, because Judge Kessler presently presides over the related case of United States v. Tonette Cooks, CR-03-399-01.  In returning the grand jury's indictment in this case, the United States inadvertently failed to file an accompanying related case form.

Local Criminal Rule 57.12, subsection (a)(1), states, in relevant part, that criminal cases are deemed related when "prosecution against different defendants arises from . . . activities which are a part of the same alleged criminal event or transaction."  The defendant, David Johnson, is charged in the indictment with aiding and abetting in the bribery of a public official – that official being Ms. Tonette Cooks, the defendant in the case presently pending before Judge Kessler.  Ms. Cooks is specifically named in the indictment against defendant Johnson.  The case against Ms. Cooks now pending before Judge Kessler involves her accepting bribes in exchange for clearing unpaid fines for parking and traffic violations while she was employed as a teller employed at the District of Columbia Office of Finance and Treasury ("OFT"), including accepting bribes from David Johnson paid by him on his own behalf or acting as a middleman between others and Ms. Cooks.

Accordingly, these two cases are related and, pursuant to Local Criminal Rule 57.12, this case should be transferred to Judge Kessler.

Counsel for defendant Johnson, Mr. James Beane, was notified about this motion and counsel stated that the defense has no objection to the transfer.

WHEREFORE, for all of the foregoing reasons, and in accordance with subsection 57.12(c)(2) of the Court's Local Criminal Rules, the United States requests that the Court transfer this case to the Calendar Committee for reassignment to Judge Kessler.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 451058

By: _____

DANIEL P. BUTLER, D.C. Bar #417718
ROBERT C. BOWMAN, D.C. Bar#417176
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9431 and (202) 353-2877
Daniel.Butler@usdoj.gov
Robert.C.Bowman@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.  05-288 (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DAVID JOHNSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Pursuant to the Court's Local Criminal Rule 57.12, and based on a reading of the indictment in this case, the representations in the United States' Motion to Transfer Case As Related Matter, and the lack of opposition from the defendant, it is hereby

ORDERED that this case is hereby transferred to the Calendar Committee, so that it may be considered for reassignment as a related case to <u>United States v. Tonette Cooks</u>, CR-03-399-01 (GK).

SO ORDERED this _____ day of August, 2005.

_____
RICHARD W. ROBERTS
United States District Court Judge
for the District of Columbia

cc:    Robert Bowman
       Daniel Butler
       Assistant U.S. Attorneys

       James Beane
       Counsel for Defendant David Johnson