# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number: 05 cr 0288

DAVID JOHNSON

(Defendant)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

__X__  CJA          ____  RETAINED          ____  FEDERAL PUBLIC DEFENDER

/S/
(signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

James W. Beane, Jr.

(Attorney & Bar ID Number)

444920

(Firm Name)

2715 M STREET, NW, SUITE 200

(Street Address)

Washington  DC  20007

(City)            (State)            (Zip)

(202) 333-5905

(Telephone Number)