UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-288 (RWR) |
| | : | |
| v. | : | FILED |
| | : | |
| DAVID JOHNSON, | : | AUG 1 8 2005 |
| | : | |
| Defendant. | : | NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Pursuant to the Court's Local Criminal Rule 57.12, and based on a reading of the indictment in this case, the representations in the United States' Motion to Transfer Case As Related Matter, and the lack of opposition from the defendant, it is hereby

ORDERED that this case is hereby transferred to the Calendar Committee, so that it may be considered for reassignment as a related case to United States v. Tonette Cooks, CR-03-399-01 (GK).

SO ORDERED this 18th day of August, 2005.

/s/ RWRoberts

RICHARD W. ROBERTS
United States District Court Judge
for the District of Columbia

cc:   Robert Bowman
      Daniel Butler
      Assistant U.S. Attorneys

      James Beane
      Counsel for Defendant David Johnson

