**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.  05-288 (GK)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DAVID JOHNSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, submits herewith the current, plea agreement and statement of offense in the above-referenced matter.  This matter is presently scheduled for hearing on October 12, 2005, at 3:15 p.m.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 451058

By:  _____
DANIEL P. BUTLER, D.C. Bar #417718
ROBERT C. BOWMAN, D.C. Bar#417176
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9431 and (202) 353-2877
Daniel.Butler@usdoj.gov
Robert.C.Bowman@usdoj.gov