# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.

Criminal No.  05-288

DAVID JOHNSON

**FILED**

OCT 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

**I consent:**

_____
Assistant United States Attorney

**APPROVED:**

_____
Gladys Kessler
United States District Judge

Dated: October 12, 2005