U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

v. :

DAVID JONSON : Case No. 05-288 (GK)

:

**ORDER**

FILED
OCT 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___12th___ day of ___October 2005___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Oct. 17, 2005 at__ 9:30 a.m. or another time and date specified by __FBI Special Agent Mark Allen__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI's Washington Field Office__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) KESSLER

DEFENSE COUNSEL ORIGINAL

DOJ USA-16-1-80