UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :
                                 :
                                 :
        v.                       :   Criminal No. 05-288 (GK)
                                 :
David Johnson,                   :   **FILED**
                                 :
        Defendant.               :   OCT 1 2 2005
_____:
                                     NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

## ORDER

It is hereby this 12th day of Oct, 2005,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Jan 5, 2006 [date] and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Jan. 10, 2006 [date] by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #19 on [date/time] Jan. 13, 2006 at 4:15 p.m.

**IT IS SO ORDERED.**

                                    Gladys Kessler
                                    Gladys Kessler
                                    U.S. District Judge