UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | :       05 cr 288  (GK) |
| v. | : |
| | : |
| | : |
| DAVID JOHNSON | : |
| | : |
| Defendant. | : |

MOTION TO ENLARGE TIME TO FILE BRIEF

COMES NOW, David Johnson and moves for an enlargement of time in which to file the attached memorandum in aid of sentencing. In support thereof Mr. Johnson states the following:

1. Counsel for Mr. Johnson completed a trial before Chief Judge Hogan on last Friday January 6, 2006. On Monday January 9, 2006 counsel was scheduled to begin a motions hearing before Judge Bayley in the Superior Court for the District of Columbia. On Tuesday January 2006, Counsel appeared before Judge Urbina for Sentencing and then before Judge Sullivan for a motions hearing. On Wednesday, January counsel appeared before Judge Robert's for a motions and hearing and today counsel presented oral argument in the United States Court of Appeals for the District of Columbia Circuit. In sum, counsel has simply not had sufficient time to complete a memorandum in aid of sentencing prior to today.

2. Counsel's unreasonable schedule was due primarily to continuances that occurred during the past holiday season. Mr. Johnson has in no way caused a delay in

counsel's filing this motion. The attached memorandum in aid of sentencing may prove to be of some assistance to the Court as it fashions an appropriate sentence.

Accordingly, based upon the foregoing counsel requests that the Court grant Mr. Johnson's request for an enlargement of time.

Respectfully submitted,

James W. Beane, Jr.
D.C. Bar 444902
2715 M Street, N.W.
Suite 200
Washington, DC  20007
(202) 333-5905

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Enlarge Time was served on Assistant United States Attorney Robert Bowman, Esquire via the court's ECF system, on this 12th day of January 2006.

Respectfully submitted,

James W. Beane, Jr.