UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 288 (GK) |
| | : | |
| DAVID JOHNSON. | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant David Johnson's motion for an enlargement of time in which to file the attached Memorandum in Aid of Sentencing. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of January, 2006,

ORDERED that Mr. Johnson's motion is granted.

SO ORDERED


_____                      _____
DATE                                  GLADYS KESSLER
                                      UNITED STATES DISTRICT COURT JUDGE


cc: AUSA, Robert Bowman, Esquire         James W. Beane, Jr., Esquire
    United States Attorney's Office      2715 M Street, N.W.
    555 4th Street, NW                   Suite 200
    Washington, DC 20530                 Washington, DC 20007