UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
v.                             :       Criminal No.: 05 - 288 (GK)
                               :
DAVID JOHNSON.                 :
                               :
       Defendant               :

ORDER

This matter is before the Court on Defendant David Johnson's motion for an enlargement of time in which to file the attached Memorandum in Aid of Sentencing. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of January, 2006,

ORDERED that Mr. Johnson's motion is granted.

SO ORDERED

Jan. 16, 2006
DATE

GLADYS KESSLER
UNITED STATES DISTRICT COURT JUDGE

cc: AUSA, Robert Bowman, Esquire            James W. Beane, Jr., Esquire
    United States Attorney's Office         2715 M Street, N.W.
    555 4th Street, NW                      Suite 200
    Washington, DC 20530                    Washington, DC 20007