UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-288</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Johnson, David | : | Disclosure Date: <u>December 8, 2005</u> |

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      _____
**Prosecuting Attorney**                                                                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
    (X)    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____
**Defendant**          **Date**       **Defense Counsel**      **Date** 12/23/05

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 22, 2005**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer