HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

David Johnson                                Docket No.: CR 05-288

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  David Johnson  having been sentenced, on January 17, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Loretto  , in   Loretto, PA   by 2 p.m., on   March 15, 2006  .

Feb. 28, 2006
**Date**

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                    **DEFENDANT**

Revised 6-2004

